IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-mj-1013-CBS
California Case No.  CR97-00138-NHL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEDRO JESUS ORTIZ
    a/k/a Pedro Ortiz-Barrios,

    Defendant.

---

## ORDER STAYING ORDER OF COMMITMENT

---

Defendant was arrested and appeared in this jurisdiction on January 17, 2005 on charges pending out of the Central District of California.  After appearance in the court, it was determined that defendant is the same Pedro Ortiz-Barrios as charged in the District of Colorado under case number 04-cr-00496-EWN.  Therefore, it is hereby

Ordered that the Commitment to Another District, issued in 06-mj-01013 on January 24, 2006, (doc. #8) is stayed until resolution of the charges pending in the District of Colorado.

DATED: January 30, 2006.

BY THE COURT:

O.Edward Schlatter
U.S. Magistrate Judge

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Date: January 31, 2006          Case Number: 06-mj-01013

CERTIFICATE OF MAILING

The undersigned hereby certifies that on the above date a copy of the Order signed by O. Edward Schlatter was duly mailed to the office listed below:

U.S. District Court
312 N. Spring Street
Los Angeles, CA 90012

GREGORY C. LANGHAM, CLERK

By: s/Kathy Triplett
    Deputy Clerk